IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. KNOTT, | § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 2:22-cv-00313-JRG-RSP |
| v. | § § | |
| COMPLETION EQUIPMENT RENTAL, INC., | § § § § | |
| *Defendant.* | § | |

## ORDER

Completion Equipment Rental, Inc. previously filed a Motion to Dismiss (Dkt. No. 17.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 34), recommending denial of Completion Equipment Rental's Motion to Dismiss. Because no objections have been filed and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss for Improper Venue (Dkt. No. 17) is **DENIED**.

So ORDERED and SIGNED this 26th day of March, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

1